**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10003-STA-4 |
| BRANDON WEDDLE, ) | |
| Defendant. ) | |

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

This cause came to be heard on October 23, 2017, Assistant United States Attorney, Beth Boswell, appearing for the Government and the defendant, Brandon Weddle, appearing in person, and with counsel, Steve West.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, FEBRUARY 2, 2018 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 23rd day of October, 2017.

                                                        s/ S. Thomas Anderson
                                          CHIEF JUDGE, U. S. DISTRICT COURT